583 A.2d 339

STEVEN MATHEWS v. NEW JERSEY STATE PAROLE BOARD.

March 7, 1990.

Petition for certification denied.

583 A.2d 339

IN THE MATTER OF AN INQUIRY INTO THE MEDICAL PRACTICE OF MELVIN SCHULMAN, MD.

March 7, 1990.

Motion of the State Board of Medical Examiners for leave to appeal is granted and the order of the Appellate Division is summarily modified to provide that the matter be remanded to the Superior Court, Law Division, for the limited purpose of developing a record, the Appellate Division to retain jurisdiction. This Court does not retain jurisdiction.